UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEIN DISTRIBUTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> PABST BREWING COMPANY, LLC, <br><br> Defendant. | Consolidated Case No. 3:17-cv-05150-RBL <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF PENDING MOTIONS** <br><br> **(Clerk's Action Required)** |
| THE ODOM CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PABST BREWING COMPANY, LLC, <br><br> Defendant. | |

Plaintiffs Stein Distributing, Inc. and The Odom Corporation hereby withdraw their Motion to Exclude Expert Opinions of Kimberly Clements and Daniel Levine (Dkt. No. 47) and Plaintiffs' Unopposed Motion to Seal (Dkt. No. 48), which are noted for the Court's consideration on September 28, 2018, and are currently pending before the Court. This Notice of Withdrawal is being filed pursuant to LCR 7(l), without prejudice to refiling.

NOTICE OF WITHDRAWAL OF PENDING MOTIONS – (No. 17-cv-05150-RBL) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

227661\00012\65376540.v1

1
2   DATED this 24th day of September, 2018.
3                                        FOX ROTHSCHILD LLP
4
5           By   */s/ Gavin W. Skok*
                 Gavin W. Skok, WSBA #29766
                 Pamela A. Grinter, WSBA #20913
6                Bryan J. Case, WSBA #41781
                 Laura P. Hansen, WSBA #48669
7                1001 Fourth Avenue, Suite 4500
                 Seattle, WA  98154
8                Telephone: (206) 624-3600
                 Fax (206) 389-1708
9                Email: gskok@foxrothschild.com;
                 pgrinter@foxrothschild.com
10               bcase@foxrothschild.com
                 lhansen@foxrothschild.com
11
                 Attorneys for Plaintiff Stein Distributing, Inc.
12               and The Odom Corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF WITHDRAWAL OF PENDING MOTIONS –
(No. 17-cv-05150-RBL) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

227661\00012\65376540.v1

## CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| **Service List** | |
|---|---|
| Steven M. Wilker, WSBA #33933<br>Christopher J. Pallanch, WSBA #42329<br>TONKON TORP LLP<br>1600 Pioneer Tower<br>888 SW Fifth Avenue<br>Portland, OR  97204<br>Ph (503) 802-2104<br>Fax (503) 972-3804<br>steven.wilker@tonkon.com<br>christopher.pallanch@tonkon.com<br>jackie.wilkes@tonkon.com<br>ruth.betancourt@tonkon.com<br><br>Christopher I. Brain, WSBA #5054<br>Chase C. Alvord, WSBA #26080<br>TOUSLEY BRAIN STEPHENS PLLC<br>1700 Seventh Avenue, Suite 2200<br>Seattle, WA  98101<br>Ph (206) 682-5600<br>Fax (206) 682-2992<br>cbrain@tousley.com<br>calvord@tousley.com<br><br>*Attorneys for Defendant* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 24th day of September, 2018, in Seattle, Washington.

*/s/ Courtney R. Tracy*
Courtney R. Tracy

NOTICE OF WITHDRAWAL OF PENDING MOTIONS –
(No. 17-cv-05150-RBL) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

227661\00012\65376540.v1